**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

KENNETH DYGO THOMAS,                                                                PLAINTIFF
ADC # 550235

v.                                   1:15CV00045-JM-JJV

WHITE, Corporal,
North Central Unit; *et al.*                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 23rd day of April, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1